IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES HALVERSON as Personal Representative of the fee estate of JACK HALVERSON,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA ANNE HAALAND, Secretary of the Interior,<br><br>Defendant. | CV 22-76-BLG-SPW<br><br>ORDER |

Plaintiff James Halverson as Personal Representative of the fee estate of Jack Halverson, filed a Motion to Stay on January 12, 2023. (Doc. 24). About a month later, Plaintiff filed a Motion to Strike, in which Plaintiff stated that it was withdrawing the Motion to Stay without prejudice. (Doc. 32 at 2).

Based on the Plaintiff's withdrawal of its Motion to Stay, IT IS HEREBY ORDERED that Plaintiff's Motion to Stay (Doc. 24) is DENIED as moot.

DATED this 31st day of May, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge