IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES HALVERSON as Personal Representative of the fee estate of JACK HALVERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>DEBRA ANNE HAALAND, Secretary of the Interior,<br><br>                Defendant. | CV 22-76-BLG-SPW<br><br>ORDER |

Before the Court is the Second Motion for Partial Summary Judgment filed on June 5, 2023 by Plaintiff James Halverson, as Personal Representative for the fee estate of Jack Halverson. (Doc. 48). Also before the Court is Defendant Debra Ann Haaland's Motion for Entry of Judgment and an Expedited Motion to Vacate the Outstanding Deadlines and Stay the June 12-14 Depositions, filed June 6, 2023. (Docs. 52, 54). All the motions are opposed.

Given the parties' opposition to each other's motions and the potential mootness of the depositions depending on the Court's resolution of the motions, the Court finds that staying the depositions pending resolution of the above motions is appropriate. The Court also stays the remaining deadlines in Plaintiff's Second Motion to Compel (Doc. 44), since the motion may be rendered moot by

1

the resolution of Plaintiff's Motion for Partial Summary Judgment (Doc. 48) and Defendant's Motion for Entry of Judgment (Doc. 52). For the same reasons, the Court stays the remaining deadlines in the Scheduling Order (Doc. 11). The Court does not find vacating the deadlines appropriate at this time.

IT IS SO ORDERED that Defendant's Expedited Motion to Vacate the Outstanding Deadlines and Stay the June 12-14 Depositions (Doc. 54) is GRANTED as to the request for a stay of the depositions and DENIED as to the request to vacate the remaining deadlines.

IT IS FURTHER ORDERED that the parties' depositions scheduled for June 12-14, the response and reply deadlines for Plaintiff's Second Motion to Compel (Doc. 44), and all other remaining deadlines in the Court's Scheduling Order (Doc. 11) are STAYED pending the resolution of Docs. 48 and 52.

DATED this 6th day of June, 2023.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge