IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES HALVERSON as Personal Representative of the fee estate of JACK HALVERSON,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA ANNE HAALAND, Secretary of the Interior,<br><br>Defendant. | CV 22-76-BLG-SPW<br><br>ORDER |

Plaintiff James Halverson as Personal Representative of the fee estate of Jack Halverson, filed a Motion to Stay the Recordation of Deeds Relating to Allotment 1809. (Doc. 62). A hearing was held on the matter on August 3, 2023. (Doc. 70).

For the reasons stated on the record, IT IS SO ORDERED that Plaintiff's motion is GRANTED. The Court orders the Bureau of Indian Affairs' Land Title & Records Office to abstain from entering the Probate Order (Doc. 63-2) into its Trust Assets Accounting Management System or otherwise implementing the Probate Order until further order from the Court.

IT IS FURTHER ORDERED that the Scheduling Order (Doc. 11) is VACATED. The Court will set a scheduling conference pending the resolution of

Plaintiff's Motion for Partial Summary Judgment (Doc. 48) and Defendant's Motion for Entry of Judgment (Doc. 52).

DATED this 3rd day of August, 2023.

_____
SUSAN P. WATTERS
United States District Judge