UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES HALVERSON as Personal Representative of the fee estate of JACK HALVERSON,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA ANNE HAALAND, Secretary of the Interior,<br><br>Defendant. | Case No. CV-22-76 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of defendant and against plaintiff as stated in the Courts Order E.C.F. 74 filed on 10/30/2023.

Dated this 30th day of October, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk