IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES HALVERSON, as Personal Representative of the fee estate of Jack Halverson,<br><br>Plaintiff,<br><br>vs.<br><br>DOUG BURGUM, Secretary of the Interior,<br><br>Defendant. | CV 22-76-BLG-SPW<br><br>ORDER |

Pursuant to the Ninth Circuit Mandate entered on October 14, 2025 (Doc. 81), the Court hereby vacates the Order denying Plaintiffs Second Motion for Partial Summary Judgment and granting Defendant's Motion to Enter Final Judgment (Doc. 74). Additionally, the Court dismisses the action as sovereign immunity bars federal jurisdiction.

The Clerk shall notify the parties of this Order and shall close the case.

DATED this 14th day of October, 2025.

SUSAN P. WATTERS
United States District Judge